(November 22, 1895.)

## STATE v. HINCKLEY.
### [42 Pac. 511.]

This case is identical with that numbered 44 and was submitted on the same briefs and the same judgment rendered by the court.

APPEAL from Distict Court, Latah County. W. G. Piper, Judge.

George N. Hinckley was convicted of forgery, and appeals. Affirmed.

G. G. Pickett and R. T. Morgan, for Appellant.

George M. Parsons, Attorney General, for the State.

HUSTON, J.—Upon the agreement of counsel, this and the preceding case (No. 44) were heard together, and the same judgment is rendered as in this case in No. 44. (Ante, p. 490, 42 Pac. 510.)

Morgan, C. J., and Sullivan, J., concur.